# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT MAHAJAN,<br><br>        **Plaintiff**,<br><br>    v.<br><br>SANGEETA KUMAR (aka SANGEETA KUMARI), et al.,<br><br>        **Defendants.** | CV F 06-1728 AWI SMS<br><br>ORDER VACATING HEARING DATE OF MARCH 5, 2007, AND TAKING MATTER UNDER SUBMISSION. |

In this action for damages, defendant iFreedom Direct Corp. ("iFreedom") has noticed a motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. iFreedom's motion was filed on January 5, 2007. The matter was scheduled for oral argument to be held March 5, 2007. Pursuant to Local Rule 78-230, opposition by plaintiff Mahajan ("Mahajan") was due not later than Tuesday, February 20, 2007. No opposition has been filed as of the date of this order. Because Mahajan's opposition was not filed as of the date due, the motion may not be opposed at oral argument. Local Rule 78-230(b). The Court has reviewed iFreedom's motion. The court has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 5, 2007, is VACATED, and no party shall appear at that time. As of March 5, 2007, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     February 28, 2007**              /s/ **Anthony W. Ishii**
h2ehf                                        UNITED STATES DISTRICT JUDGE