IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT MAHAJAN,<br><br>  Plaintiff,<br><br>  v.<br><br>SANGEETA KUMAR (aka SANGEETA KUMARI), et al.,<br><br>  Defendants. | CV F 06-1728 AWI SMS<br><br>ORDER VACATING HEARING DATE OF DECEMBER 3, 2007, AND TAKING MATTER UNDER SUBMISSION. |

In this action for damages, plaintiff Amit Mahajan ("Plaintiff") has noticed a motion pursuant to Federal Rule of Civil Procedure 60(b) for relief from this court's order of April 27, 2007, dismissing defendant iFreedom's Direct Corporation. The matter was scheduled for oral argument to be held December 3, 2007. The Court has reviewed Plaintiff's motion, defendant iFreedom's opposition and Plaintiff's reply. The court has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 3, 2007, is VACATED, and no party shall appear at that time. As of December 3, 2007, the Court will take the matter under submission, and will thereafter issue its decision. IT IS SO ORDERED.

Dated:   November 29, 2007                    /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE