IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT MAHAJAN,<br><br>        Plaintiff,<br><br>   v.<br><br>SANGEETA KUMAR (aka SANGEETA KUMARI), et al.,<br><br>        Defendants. | CV F 06-1728 AWI SMS<br><br>ORDER VACATING HEARING DATE OF APRIL 14, 2008, AND TAKING MATTER UNDER SUBMISSION. |

    In this action for damages, defendant iFreedom Direct ("iFreedom") has noticed a motion pursuant to Federal Rule of Civil Procedure 12(B)(6) to dismiss the First Amended Complaint with respect to iFreedom only.  The matter was scheduled for oral argument to be held April 14, 2008.  The Court has reviewed iFreedom's motion, Plaintiff's opposition and iFreedom's reply.  The court has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 14, 2008, is VACATED, and no party shall appear at that time.  As of April 14, 2008, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 9, 2008                               /s/ Anthony W. Ishii
                                                       UNITED STATES DISTRICT JUDGE