**Eric M. Schiffer, Esq. (SBN 179695)**
emschiffer@wolfewyman.com
**Yaron Shaham, Esq. (SBN 217192)**
yshaham@wolfewyman.com
**WOLFE & WYMAN LLP**
**5 Park Plaza, Suite 1100**
**Irvine, California 92614-5979**
**Telephone:  (949) 475-9200**
**Facsimile:   (949) 475-9203**

Attorneys for
**DEFENDANT iFREEDOM DIRECT CORPORATION F/K/A NEW FREEDOM MORTGAGE CORPORATION**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| AMIT MAHAJAN,<br><br>    Plaintiff,<br><br>v.<br><br>SANGEETA KUMAR (aka SANGEETA KUMARI); RAJENDRA KUMAR; RAJNESH KUMAR; VIJMA KUMAR; and iFREEDOM DIRECT CORPORATION (formerly NEW FREEDOM MORTGAGE CORPORATION,<br><br>    Defendants. | Case No. 01:06-CV-01728 AWI-SMS<br><br>**STIPULATION OF EXTENSION OF TIME TO ANSWER OR TO OTHERWISE RESPOND BETWEEN PLAINTIFF AMIT MAHAJAN AND DEFENDANT iFREEDOM DIRECT CORPORATION  f/k/a NEW FREEDOM MORTGAGE CORPORATION; ORDER THEREON**<br><br>Date:      [No Hearing Necessary]<br>Time:     [No Hearing Necessary]<br>Place:     Ctrm 2 |

Defendant iFreedom Direct Corporation (formerly New Freedom Mortgage Corporation) ("iFreedom") and Plaintiff Amit Mahajan ("Plaintiff") by and through their respective counsels of record, stipulate that iFreedom shall have until **June 26, 2008** to respond to Plaintiff's First Amended Complaint.  The Stipulation is based upon the following:

### RECITALS

1.  On February 19, 2008, Plaintiff filed his First Amended Complaint with the Court.

2.  On March 3, 2008, iFreedom filed its Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion") via Rule 12(b) of the Federal Rules of Civil Procedure.

3.  After taking the Motion and related pleadings under submission, the Court's Order

1

PDF created with pdfFactory trial version www.pdffactory.com

1  granted in part and denied in part iFreedom's Motion on or about May 28, 2008.

2      4.    In order to allow Plaintiff enough time to determine whether he will attempt to
3  amend the complaint and thus allow iFreedom enough time to properly respond thereto, the Parties
4  have agreed to allow iFreedom until June 26, 2008 to respond to Plaintiff's First Amended
5  Complaint or the Plaintiff's subsequently filed amended complaint.  Plaintiff must file his amended
6  complaint on or before June 9, 2008.

7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

In consideration of the foregoing facts and conditioned on the permission of the Court, the parties stipulate and agree as follows:

1. iFreedom shall have until June 26, 2008 to respond to Plaintiff's First Amended Complaint or the Plaintiff's subsequently filed amended complaint. Plaintiff must file his amended complaint on or before June 9, 2008.

2. This Stipulation may be signed in counterparts, each and which shall be deemed an original, and all of which taken shall constitute one of the same documents. Facsimile copies of signatures shall constitute as originals.

DATED: June 2, 2008          WOLFE & WYMAN LLP

                             By: /s/ Yaron Shaham
                                STUART B. WOLFE
                                YARON SHAHAM
                             Attorneys for Defendant
                             **iFREEDOM DIRECT CORPORATION F/K/A NEW FREEDOM MORTGAGE CORPORATION**

DATED: June 2, 2008          THE BLANCH LAW FIRM, P.C.

                             By: /s/ Michael Kushner
                                MICHAEL KUSHNER
                             Attorneys for Plaintiff
                             **AMIT MAHAJAN**

**IT IS SO ORDERED.**

DATED: 6/5/2008              /s/ Sandra M. Snyder
                             **THE HONORABLE SANDRA M. SNYDER**
                             **UNITED STATES MAGISTRATE JUDGE**

3

PDF created with pdfFactory trial version www.pdffactory.com