1  RYAN BLANCHE, *pro hac vice*
   THE BLANCH LAW FIRM, P.C.
2  350 Fifth Avenue, 68th Floor
   New York, New York 10118
3  Telephone: (212) 736-9721
   Facsimile: (212) 378-4325
4  mkushner@blanch-law.com

5  *Admission Pro Hac Vice*

6  ERIC J. FARBER (SBN 169472)
   PINNACLE LAW GROUP, LLP
7  425 California Street, Suite 1800
   San Francisco, California 94104
8  Telephone: (415) 394-5700
   Facsimile: (415) 394-5003
9  efarber@pinnaclelwagroup.com

10 Attorneys for Plaintiff

11                          UNITED STATES DISTRICT COURT

12                          EASTERN DISTRICT OF CALIFORNIA

13                                  FRESNO DIVISION

| | |
|---|---|
| AMIT MAHAJAN | CASE No. CV F 06-1728 AWI SMS |
| PLAINTIFF, | |
| vs. | |
| SANGEETA KUMAR (aka SANGEETA KUMARI); RAJENDRA KUMAR; RAJNESH KUMAR; VIJMA KUMAR; and iFREEDOM DIRECT CORPORATION (FORMERLY NEW FREEDOM MORTGAGE CORPORATION), | **STIPULATION AMONG PARTIES TO EXTEND DISCOVERY CUTOFF;**  **ORDER** |
| DEFENDANTS. | |
| iFREEDOM DIRECT CORPORATION F/K/A NEW FREEDOM MORTGAGE CORPORATION, | Honorable Magistrate Sandra M. Snyder |
| Cross-Complainant, | |
| v. | |
| SANGEETA KUMAR (aka SANGEETA KUMARI), | |
| Cross-Defendants | |

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

6003.001/09_01_30 STIP  ORDER (00074199).DOC

STIPULATION AND ORDER
Case No. CV F 06-1728 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

1  The Parties, by and through Counsel hereby stipulate to continue the discovery cutoff and the
2  date for Non-Dispositive and Dispositive Motions in this matter to July 1, 2009.

3  Current non-expert discovery cutoff is April 17, 2009.  The trial date in this matter is August
4  25, 2009.

5  The parties attempted, with no success, to use a mediator through the Northern District of
6  California.  Since failing to secure a mediator through the Northern District of California, the
7  parties have been able to agree to a private mediator, Judge Richard Hodge.

8  The parties expect mediation to be completed by mid-March.

9  If mediation is not successful, the parties anticipate the bulk of non-written discovery to take
10 place after mediation.

11 The parties are not seeking to move the current trial date.

                                Respectfully Submitted,

Dated: January 30, 2009         PINNACLE LAW GROUP LLP


                                 /s/ *Eric J. Farber*_____
                                BY:  Eric J. Farber
                                Attorneys for Plaintiff
                                AMIT MAHAJAN


Dated:  January 30, 2008        WOLFE & WYMAN LLP



                                By: /s/ Yaron Shaham_
                                    ERIC M. SCHIFFER
                                    YARON SHAHAM
                                    Attorneys for **DEFENDANT/ CROSS-
                                    COMPLAINANT:  iFREEDOM DIRECT
                                    CORPORATION F/K/A NEW FREEDOM
                                    MORTGAGE CORPORATION**

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

6003.001/ STIPULATION AND ORDER

2                               STIPULATION AND ORDER
                                Case No: 6021.001/00063107

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  January 30, 2008                LAW OFFICES OF HERMAN FRANCK

                                        By: /s/ Elizabeth Vogel
                                            Elizabeth Vogel, Esq.
                                            Attorneys for **DEFENDANTS SANGEETA KUMAR; RAJENDRA KUMAR; RAJNESH KUMAR; VIJMA KUMAR**

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for non-Expert Discovery Cutoff, dispositive and non-dispositive motions shall be July 1, 2009.

Dated:   2/3/2009                        /s/ Sandra M. Snyder
                                         Honorable Magistrate Judge
                                         of the United States District Court

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

6003.001/ STIPULATION AND ORDER

3                    STIPULATION AND ORDER
                     Case No: 6021.001/00063107

PDF created with pdfFactory trial version www.pdffactory.com