1 **SABHARWAL LAW OFFICES**
Sunena Sabharwal, SBN 148237
2 1999 Harrison Street, Suite 2675
Oakland, California 94612
3 Telephone: (510) 273-8777

4 Attorneys for AMIT MAHAJAN

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| AMIT MAHAJAN, | No. 1:06-CV-1728 AWI SMS |
| Plaintiff, | **ORDER APPROVING STIPULATION AND TO CONTINUE PRE TRIAL CONFERENCE HEARING** |
| v. |   |
| SANGEETA KUMAR; RAJENDRA KUMAR; RAJNESH KUMAR; VIJMA KUMAR; i FREEDOM MORTGAGE CORP. | Date:  07/10/2009<br>Dept:  2<br>Time:  8:30 a.m. |
| Defendants. | New Date: 07/16/2009<br>New Dept: 2<br>New Time: 8:30 a.m. |
| AND RELATED CROSS-CLAIMS |   |

Pursuant to the parties' stipulation, the Court hereby orders that the July 10, 2009 hearing be continued to July 16, 2009.

IT IS SO ORDERED.

**Dated:   June 23, 2009**              /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE