IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMIT MAHAJAN,** ) <br> ) <br> **Plaintiff**, ) <br> ) <br> v. ) <br> ) <br> **SANGEETA KUMAR (aka SANGEETA** ) <br> **KUMARI), et al.,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | CV F 06-1728 AWI SMS <br><br> **ORDER VACATING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TAKING MATTER UNDER SUBMISSION** |

In this action for damages, defendants Sangeeta Kumar, Rajendra Kumar, Rajnesh Kumar, and Vijma Kumar have noticed a motion for summary judgment or partial summary adjudication as to them only. The matter was scheduled for oral argument to be held August 10, 2009. The Court has reviewed Defendants' motion, Plaintiff's opposition and Defendants' reply. The court has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 10, 2009, is VACATED, and no party shall appear at that time. As of August 10, 2009, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   **August 5, 2009**                     /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE