FILED
AUG 10 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  SABHARWAL LAW OFFICES
   Sunena Sabharwal, SBN 148237
2  1999 Harrison Street, Suite 2675
   Oakland, California 94612
3  Telephone: (510) 273-8777

4  Attorneys for AMIT MAHAJAN

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

No. CV-F-1728

AMIT MAHAJAN,                           STIPULATION OF DISMISSAL

          Plaintiff,

     v.

SANGEETA KUMAR; RAJENDRA KUMAR;
RAJNESH KUMAR; VIJMA KUMAR;
FREEDOM MORTGAGE CORP.

          Defendants.

IT IS HEREBY STIPULATED, BY AND BETWEEN PLAINTIFF AND DEFENDANT i FREEDOM MORTGAGE CORPORATION, FORMALLY KNOWN AS NEW FREEDOM MORTGAGE CORPORATION, that the above; "action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure sec. 41(a)(1), only as to i Freedom Corporation. The remaining Defendants continue to be parties in the action, and Plaintiff does not intend to dismiss them.

DATED: 7-27-09

_____
Sunena Sabharwal
Attorney for Amit Mahajan

DATED: July 29, 2009

_____
Yaron Shaham
Attorney for i Freedom Mortgage Corporation

It is so Ordered. Dated: 8-10-09

_____
United States District Judge