IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT MAHAJAN,<br><br>                Plaintiff,<br><br>    v.<br><br>SANGEETA KUMAR, RAJENDRA KUMAR, RAJNESH KUMAR, and VIJMA KUMAR<br><br>                Defendants. | CV-06-1728-AWI<br><br>**ORDER SETTING PRETRIAL CONFERENCE AND JURY TRIAL**<br><br>**Pretrial Conference:**<br>Date:  January 27, 2012<br>Time: 8:30 a.m., Courtroom 2<br><br>**Jury Trial:**<br>Date:  March 27, 2012<br>Time: 8:30 a.m., Courtroom 2 |

    In light of the Plaintiff's Response to Order to Show Cause (Doc. 136) an accompanying Pretrial Statement, the Court amends the case schedule as follows;

    The court notes that Defendants are currently proceeding in pro per.  Defendants may file a joint pretrial statement pursuant to Local Rule 16-281 before 4:00p.m. on February 18, 2012.  If Defendants elect not to submit a Pretrial Statement, the Pretrial Conference will proceed on the basis of the Plaintiff's Pretrial Conference Statement (Doc. 137).

    The Pretrial Conference that was previously vacated is hereby reset for Friday, January 27, 2012 at 8:30 a.m. in Courtroom 2.

Jury Trial will be heard March 27, 2012 at 8:30a.m. in Courtroom 2 before Chief District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:     January 4, 2012                                    /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE

2