IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT MAHAJAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANGEETA KUMAR, RAJENDRA KUMAR, RAJNESH KUMAR, and VIJMA KUMAR<br><br>　　　　Defendants. | CV-06-1728-AWI<br><br>ORDER VACATING MARCH 27, 2012 TRIAL DATES AND ORDERING DEFENDANTS TO SHOW CAUSE WHY JUDGMENT BY DEFAULT SHOULD NOT ISSUE |

　　　A Pretrial Conference was held on January 27, 2012 at 8:30 a.m. Defendants Sangeeta Kumar, Rajendra Kumar, Rajnesh Kumar, and Vijma Kumar, currently proceeding in pro per, failed to appear. Sunena Sabharwal, Esq. appeared on behalf of Plaintiff.

　　　The record reflects that Defendants have neither participated in preparing a joint pretrial statement, nor have they filed a separate pretrial statement pursuant to Local Rule 16-281. Plaintiff submitted a Pretrial Conference Statement on December 28, 2011 (Doc. 137).

　　　In view of Defendants' failure to appear at the Pretrial Conference and failure to comply with the requirements of Rule 16 of the Federal Rules of Civil Procedure the court ORDERS that:

1. Within ten (10) days of service of this Order, Defendants Sangeeta Kumar, Rajendra Kumar, Rajnesh Kumar, and Vijma Kumar shall each file a declaration signed under penalty of perjury to SHOW CAUSE ,if any they have, why default judgment should not be entered against them pursuant to Rule 55 of the Federal Rules of Civil Procedure for failure to defend.
2. If Defendants fail to respond, or their responses fail to demonstrate good cause, the court will enter default judgment against them.
3. The March 27, 2012 trial date is VACATED.

IT IS SO ORDERED.

Dated:   January 27, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2