IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT MAHAJAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANGEETA KUMAR (aka SANGEETA KUMARI), et al.,<br><br>　　　　　Defendants.<br>_____ | CV F 06-1728 AWI SMS<br><br>ORDER DIRECTING CLERK OF THE COURT TO ENTER DEFAULT AND DIRECTING PLAINTIFF TO FILE MOTION FOR JUDGMENT ON DEFAULT |

　　　　In this action for damages, the court previously ordered Defendants to show cause why an order of default should not be entered as sanction for their failure to participate in recent proceedings and, in particular, their failure to participate in the pretrial conference which was held January 27, 2012. Doc. # 141. Defendants were ordered to show cause within ten (10) days of the date of service of that order. The ten-day time limit for Defendants' response to the order to show cause expired not later than Monday, February 13, 2012. As of this writing there has been no response of any kind from Defendants.

　　　　Rule 16(e) of the Federal Rules of Civil Procedure authorizes the court to require parties to attend final pretrial conferences. Pursuant to Rule 16(f) a party's failure to attend a scheduled final pretrial conference is sanctionable up to and including entry of default pursuant to Rule 37(b)(2)(A)(vi). In this case the court finds the sanction of entry of default warranted because Defendants have failed to participate in the drafting of a pretrial statement

purusant to Local Rule 16-281(a)(2), or to prepare any sort of separate pretrial statement pursuant to Local Rule 16-281(a)(1).  Defendants also failed to appear at the pretrial conference and failed to respond at all to the court's order to provide reason for their absence from the pretrial conference.  Plaintiff has represented to the court that calls to Defendants to elicit any response to the requirements of these proceedings have gone unanswered.  The court has no reason to doubt Plaintiff's representations.  The court finds the imposition of any lesser sanction inappropriate in view of Defendants refusal to defend or to otherwise acknowledge these proceedings.

   THEREFORE, it is hereby ORDERED that the Clerk of the Court shall ENTER DEFAULT in this action against defendants Sangeeta Kumar, Rajendra Kumar, Rajnesh Kumar and Vijma Kumar pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  Plaintiff is HEREBY ORDERED to file a MOTION for JUDGMENT on the default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.  Such motion is to be filed with the Magistrate Judge and served not later than fifteen (15) days from the date of service of this order.

IT IS SO ORDERED.

Dated:    February 21, 2012                                              _____
                                                                          CHIEF UNITED STATES DISTRICT JUDGE