# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT MAHAJAN,<br><br>            Plaintiff,<br><br>    v.<br><br>SANGEETA KUMAR, et al.,<br><br>            Defendants.<br>_____ / | CASE NO. 1:06-cv-01728-AWI-SMS<br><br>**ORDER DIRECTING**<br>**SUPPLEMENTAL BRIEFING**<br><br><br>(Docs. 144, 145, 146, and 147) |

On February 22, 2012, the District Court entered default against Defendants and directed Plaintiff to move for judgment on default. Plaintiff filed his motion for judgment on March 6, 2012. This Court hereby directs supplemental briefing as follows:

1. Plaintiff has filed a copy of the Default Judgment Against Sangeeta Samy [fka Sangeeta Kumar] to Complaint by Amit Mahajan to Determine Dischargeability of Debt, filed November 3, 2010, by the U.S. Bankruptcy Court for the Eastern District of California in *Mahajan v. Samy*, Case No. 10-26658, Adversary No. 10-02393 (Doc. 137-1). This document grants Plaintiff a nondischargeable judgment for principal of $130,000.00 plus costs of $250.00, for a total amount of $130,250.00. Plaintiff is directed to provide a brief memorandum of points and authorities explaining the impact of the Bankruptcy Court's prior judgment, including an explanation of why the request pending before this Court is not duplicative.

///

1

2. Plaintiff's motion for judgment did not include a memorandum of points and authorities setting forth the legal authority and factual basis for the requested punitive damages. Plaintiff is directed to submit a brief discussion of this issue this issue, including a explanation of the effect of the November 3, 2010 bankruptcy judgment on the request.

3. Plaintiff is directed to supplement the briefing directed by paragraphs one and two with a clear and detailed calculation of the damages requested in this case.

Plaintiff is directed to submit his supplemental brief on or before May 4, 2012. The matter shall then be deemed submitted for decision pursuant to Local Rule 230(h) (Fed. R. Civ. P. 78).

IT IS SO ORDERED.

Dated:   April 17, 2012                          /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE