UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT MAHAJAN,<br><br>    **Plaintiff**<br><br>    v.<br><br>SANGEETA KUMAR, et al.,<br><br>    **Defendants** | CASE NO. 1:06-CV-1728 AWI SMS<br><br>**ORDER ON REQUEST TO SUBSTITUTE ATTORNEY**<br><br>(Doc. No. 156) |

On August 23, 2012, an amended judgment in favor of Plaintiff was entered. See Doc. No. 155. On August 11, 2022, Plaintiff filed a proposed substitution of counsel in which he wishes to substitute his counsel Sunena Sabharwal and proceed pro se. See Doc. No. 156. The substitution of counsel is signed by counsel Sabharwal and Plaintiff. See id. The substitution also provides Plaintiff's contact information. See id. The Court detects no reason to deny substitution. Therefore, the Court will grant the proposed substitution.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's proposed substitution of attorneys (Doc. No. 156) is GRANTED;
2. Counsel Sunena Sabharwal is RELIEVED as counsel of record for Plaintiff;

3.  The Clerk shall change the docket to reflect that Plaintiff is proceeding pro se; and

4.  The Clerk shall enter the following contact information for Plaintiff:

Amit Mahajan

333 Gordon Rd.

Robinsonville, N.J.  08691

(510) 825-4356

IT IS SO ORDERED.

Dated:   August 12, 2022                                    _____
SENIOR  DISTRICT  JUDGE